1  DENNIS O'BRIEN, SBN 37628
   O'BRIEN & SULLIVAN
2  1299 Newell Hill Place, Suite 300
   Walnut Creek, CA  94596-5220
3  Telephone: (925) 935-8800

4  Attorney for Defendants
   SHEREE WATTS, Guardian ad Litem
5  for MARCUS ROLLINS and
   RYAN ROLLINS

6

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  METROPOLITAN LIFE INSURANCE | NO. C 06 0305 EDL |
| 12  COMPANY, | **STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE PLEAD** |
| 13            Plaintiff, | |
| 14       vs. | |
| 15  M.R., by and through his Guardian ad Litem, | |
| 16  Sheree Watts, R.R., by and through his Guardian ad Litem, Sheree Watts, | |
| 17  INA B. ROLLINS, and DOES 1 through 10, inclusive, | |
| 18  | |
| 19            Defendants. | |

20

21

22       Sheree Watts was served with a complaint and summons on January 30, 2006, individually and

23  as guardian ad litem for M.R. and R.R.  She has moved this court for an order appointing her guardian

24  ad litem for M.R. and R.R.  Said motion is to be heard on April 11, 2006 at 9:00 a.m. in Courtroom E.

25  As Sheree Watts is unable to file responding papers on behalf of M.R. and R.R. at this time, parties

26  / / /

27  / / /

28  / / /

1  agree that time to file an answer or other responding documents shall be extended to April 17, 2006.

2

3  DATE: February 28, 2006

4  STEPHAN, ORINGHER, RICHMAN, THEODORA & MILLER P.C

5

6  By:   /s/ Ellen B. Kamon
7        ELLEN B. KAMON
      Attorney for Plaintiff

8

9  DATE: February 28, 2006

10  O'BRIEN & SULLIVAN

11

12  By:   /s/ Dennis O'Brien
13        DENNIS O'BRIEN
      Attorney for Defendants

14

15

16      IT IS SO ORDERED.

17

18  DATE: ___March 2,___ 2006      _____
19                                                  United States Magistrate Judge

*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*