1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>      vs.<br><br>MARCUS ROLLINS, by and through his Guardian ad Litem, Sheree Watts, RYAN ROLLINS, by and through his Guardian ad Litem, Sheree Watts, INA B. ROLLINS, and DOES 1 Through 10, inclusive,<br><br>      Defendants. | NO. C 06 0305 EDL<br><br>**ORDER APPOINTING GUARDIAN AD LITEM**<br><br>Date:     April 11, 2006<br>Time:    9:00 a.m.<br>Location: Courtroom E, 15th Floor<br>             The Honorable Elizabeth D. Laporte |
|---|---|

On <u>February 23, 2006</u> Sheree Watts moved this court for the appointment of a guardian ad litem for Marcus Rollins and Ryan Rollins. ~~The motion was submitted on~~ ~~_____~~. The court has read the papers submitted, reviewed the authorities cited, and considered the argument of counsel.

It appears to the court that defendants Marcus Rollins and Ryan Rollins are infants of the ages of 15 and 16 years of age and they have no other guardian able, under the laws of the State of California, to represent them in this matter. Service of process has been duly made on these defendants.

1   It further appears that Sheree Watts is a person fully competent to understand and protect the
2   rights of these defendants, and that she has no interest adverse to that of the defendants, and is not
3   connected in business with any adverse party or attorney or counsel of any adverse party, has sufficient
4   ability to answer for any damage caused by her mishandling of this action, and has consented to act as
5   the guardian ad litem for Marcus Rollins and Ryan Rollins in this action.

6   It further appears that Sheree Watts has previously been appointed guardian of the estate of
7   each of the minors in the matter of Guardianship of Marcus and Ryan Rollins, Minors, Superior Court
8   of California, County of Solano, Case No. P 39570, in a different matter.

9   It further appears that there is the possibility of a conflict between the two minors, as
10  recognized by Sheree Watts and her attorney, Dennis O'Brien; that the parties have fully explored this
11  problem and notwithstanding the possibility of a conflict are satisfied that the representation by Sheree
12  Watts of both minors is in their best interest and this court so finds that it is in the best interest of
13  Marcus Rollins and Ryan Rollins.

14  IT IS ORDERED that Sheree Watts be appointed guardian ad litem of defendants Marcus
15  Rollins and Ryan Rollins in this action and defend them on their behalf.

Dated: March 16 2006



United States Magistrate Judge

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte