Ellen B. Kamon, Esq. (State Bar No. 102757)
STEPHAN, ORINGHER, RICHMAN,
THEODORA & MILLER, P.C.
2029 Century Park East, Sixth Floor
Los Angeles, California 90067-2907
Telephone: (310) 557-2009
Facsimile: (310) 551-0283
E-Mail: ekamon@sortm.com

Attorneys for Plaintiff METROPOLITAN
LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS ROLLINS by and through his Guardian ad Litem, Sheree Watts, RYAN ROLLINS, by and through his Guardian ad Litem, Sheree Watts, INA B. ROLLINS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C06-0305 EDL<br><br>**STIPULATION FOR DISCHARGE OF STAKEHOLDER METROPOLITAN LIFE INSURANCE COMPANY AND FOR PARTIAL JUDGMENT; ORDER THEREON**<br><br>Discovery Cutoff: None Set<br>Motion Cutoff: None Set<br>Trial Date: None Set |

**IT IS HEREBY STIPULATED** by and between the parties through their designated counsel that:

    1.    Partial judgment in favor of plaintiff Metropolitan Life Insurance Company ("MetLife") be entered in accordance with Rule 54(b) of the Federal Rules of Civil Procedure, that MetLife be discharged from further liability with regard to the disbursement of proceeds from the FEGLI Policy issued by MetLife, and further, that MetLife be discharged and relieved of further responsibility in said action.

    2.    Defendants be permanently enjoined from further assertion of any and all claims against MetLife relating to the Proceeds payable under the FEGLI Policy issued

1 by MetLife and under which William A. Rollins ("the Insured") was covered.

2     3. That defendants, and each of them, be permanently restrained and enjoined
3 from instituting or prosecuting against MetLife any proceeding in any State or United
4 States Court or administrative tribunal in connection with the recovery of the remaining
5 Policy Proceeds due and owing as a result of the Insured's death.

6     4. MetLife be dismissed from this action, with prejudice.

8 DATED: April 11, 2006    STEPHAN, ORINGHER, RICHMAN,
9     THEODORA & MILLER, P.C.

11 By: *Ellen Kamon*
    Ellen B. Kamon
12     Attorneys for Plaintiff METROPOLITAN LIFE
13     INSURANCE COMPANY

15 DATED: April 12, 2006    O'BRIEN & SULLIVAN

17 By: *Dennis O'Brien*
    Dennis O'Brien
18     Attorneys for Defendants Marcus Rollins by and
19     through his Guardian ad Litem Sheree Watts, and
20     Ryan Rollins by and through his Guardian ad
    Litem Sheree Watts

Left margin: STEPHAN, ORINGHER, RICHMAN, THEODORA & MILLER, P.C.

**IT IS SO ORDERED:**

DATED: __April 13__, 2006

Hon. Elizabeth D. Laporte
United States Magistrate Judge



*STIPULATION FOR DISCHARGE OF STAKEHOLDER METROPOLITAN LIFE INSURANCE COMPANY AND FOR PARTIAL JUDGMENT; ORDER THEREON*

STEPHAN, ORINGHER, RICHMAN, THEODORA & MILLER, P.C.