**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9            IN THE UNITED STATES DISTRICT COURT
10
11           FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
13  METROPOLITAN LIFE INSURANCE              No. C-06-00305 EDL
    COMPANY,
14                                           **ORDER REGARDING DISTRIBUTION**
           Plaintiff,                        **OF FUNDS DEPOSITED IN COURT**
15
       v.
16  M.R., by and through his Guardian ad Litem,
    Sheree Watts, R.R., by and through his
17  Guardian ad Litem, Sheree Watts,
18           Defendants.
                                          /
19
20      IT IS HEREBY ORDERED:

21      That the funds held in court, $228,122.32 (plus accrued interest) be distributed by payment

22  of the total funds to Sheree Watts, guardian ad litem, and Dennis O'Brien, said funds to be deposited

23  immediately into the trustee account of Dennis O'Brien and distributed as follows:

24      a.    Attorney's fees payable to Dennis O'Brien in the amount of $22,812.00

25      b.    One-half of the remainder $102,655.16 (plus one-half of accrued interest) to Sheree

26            Watts, Trustee for M.R.

27      c.    One-half of the remainder $102,655.16 (plus one-half of accrued interest) to Sheree

28            Watts, Trustee for R.R.

**United States District Court**

For the Northern District of California

1         d.       Said funds to be deposited in the Bank of the West in two separate blocked accounts.

2         Petitioner shall make no withdrawal from said accounts of neither principal nor interest

3   without first obtaining an order of this court authorizing same. However, when each minor attains

4   the age of eighteen years, said depository shall, without further order of court, pay by check or draft,

5   upon proper demand, all monies held to said former minor. Bond is hereby waived. A certified copy

6   of this order shall be delivered to the financial institution with said funds.

7   **IT IS SO ORDERED.**

8

9   Dated: August 21, 2006

                                   *Elizabeth D. Laporte*

10                                   ELIZABETH D. LAPORTE
                                 United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2