United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>M.R., by and through his Guardian ad Litem, Sheree Watts, R.R., by and through his Guardian ad Litem, Sheree Watts,<br><br>    Defendants.<br>_____/ | No. C-06-00305 EDL<br><br>**ORDER TO DEPOSIT MONEY RE MINOR M.R.** |

The application of Sheree Watts, Guardian ad Litem and Trustee, for authority to deposit the funds of said minor in the initial amount of $102,655.16 (plus interest) in the Bank of the West is hereby approved.

ITS IS ORDERED that all money in the hands of said person which belongs to said minor, be forthwith deposited by said applicant and the attorney in said depository in a federally insured blocked account(s) in the name of Sheree Watts, Trustee for M.R. That all said money hereafter received, including interest, be forthwith deposited in said account(s). That no withdrawals of principal or interest be made from said account(s) without the written order under this case and number, signed by a judge and bearing the seal of said court. The monies are not the subject of escheat.

The court finds said minor was born in 1990. When said minor attains the age of eighteen years, said depository without further order of court is authorized and directed to pay by check or draft, upon proper demand, all monies, including interest, hereby ordered to be deposited, directly to said former minor.

**IT IS SO ORDERED.**

Dated: August 21, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge