FILED

SEP X 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE, COMPANY,

        Plaintiff,

v.

M.R., by and through his Guardian ad Litem, Sheree Watts, R.R., by and through his Guardian ad Litem, Sheree Watts,

        Defendants.

No. C06-00305 EDL

AMENDED ORDER REGARDING DISTRIBUTION OF FUNDS DEPOSITED IN COURT

IT IS HEREBY ORDERED:

That the funds held in the court, $224,719.73 (plus accrued interest) be distributed by payment of the total funds to Sheree Watts, Guardian ad Litem, and Dennis O'Brien, said funds to be deposited immediately into the trustee account of Dennis O'Brien and distributed as follows:

    a. Attorney's fees payable to Dennis O'Brien in the amount of $22,812.00;

    b. One-half of the remainder (plus one-half of accrued interest) to Sheree Watts, Trustee

1

for M.R.; and

c. One-half of the remainder (plus one-half of accrued interest) to Sheree Watts, Trustee for R.R.

d. Said funds to be deposited in the Bank of the West in two separate blocked accounts.

Petitioner shall make no withdrawals from said accounts, neither principal nor interest, without first obtaining an order of this court authorizing same. However, when each minor attains the age of eighteen years, said depository shall, without further order of court, pay by check or draft, upon proper demand, all monies held to said former minor. Bond is hereby waived. A certified copy of this order shall be delivered to the financial institution with said funds.

**IT IS SO ORDERED.**

Dated: September 5, 2006

ELIZABETH D. LAPORTE,
United States Magistrate Judge

LAW OFFICES OF
O'BRIEN & SULLIVAN
1299 NEWELL HILL PL
SUITE 300
WALNUT CREEK
CA 94596
(925) 935-8800

2